IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERRECK KYLE DICKENSON, <br><br> Defendant. | Case No. 18-00340-01-CR-W-BP |

NOTICE OF RELATED CASES

The United States of America, by United States Attorney, Timothy A. Garrison, and Assistant United States Attorney, Teresa A. Moore, hereby files its notice of related cases in the above-styled case and states the following in support:

The above-styled case is related to the following matter pending in this District:

- *United States v. Baillie Rachelle Dickenson,* No. 18-00341-01-CR-W-DGK.

The charges against Baillie Rachelle Dickenson in 18-00341-01-CR-W-DGK, and charges against the defendant in this case, number 18-00340-01-CR-W-BP, relate to the investigation of injuries sustained by a two month old child. These two cases involve related but distinct charges based on the same investigation. Pursuant to Local Rule 83.9(c)(4) the Clerk must transfer a case to another judge if the case is related to another case filed in the District, and the later-filed case must be transferred to the judge with the earlier-filed case.[1] These cases are tied together by many

---

[1] United States District Court for the Western District of Missouri Local Rules adopted by the Court and effective October 13, 2016.

common elements, and as such, the Government requests that both cases should be handled by the same Judge for all further proceedings. In this instance, although the cases were filed on the same date, 18-00340-01-CR-W-BP is the earlier-filed case.

> Respectfully submitted,
>
> Timothy A. Garrison
> United States Attorney
>
> By   */s/ Teresa A. Moore*
>
> Teresa A. Moore
> Assistant United States Attorney
>
> Charles Evans Whittaker Courthouse
> 400 East Ninth Street, Fifth Floor
> Kansas City, Missouri 64106
> Telephone:   (816) 426-4316

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and provided through the ECF system to the following:

> */s/ Teresa A. Moore*
> Teresa A. Moore
> Assistant United States Attorney

2

Case 4:18-cr-00340-BP   Document 12   Filed 01/10/19   Page 2 of 2